IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY MILLER, #245426, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:10-CV-818-WC |
| | ) [WO] |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is the ORDER, JUDGMENT and DECREE of this court that:

1. The defendants' motion for summary judgment be GRANTED;

2. Judgment be GRANTED in favor of the defendants;

3. This case be DISMISSED with prejudice; and

4. The costs of this proceeding be taxed against the plaintiff.

Done this 30th day of May, 2013.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE